# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LORI MATULA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 C 6973 |
| | ) | |
| CITY OF DES PLAINES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Defendant City of Des Plaines ("City") has filed a Waiver of Requirement of Proof That Defendant City of Des Plaines Caused Constitutional Violation ("Waiver"), and counsel for plaintiff Lori Matula ("Matula") has confirmed agreement with the terms of the Waiver. This Court has considered the agreed-upon Waiver, confirms its acceptability and denies on mootness grounds the motion of the City and all individual defendants to bifurcate the 42 U.S.C. § 1983 claims against the City and to stay discovery and trial on those claims (Dkt. 51).

_____

Milton I. Shadur
Senior United States District Judge

Date: November 13, 2014